**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-1493**

—————————

NAJIA RAHMANI,

        Plaintiff - Appellant,

    v.

WELLS FARGO BANK,

        Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:24-cv-01727-RDA-IDD)

—————————

Submitted:  October 30, 2025                    Decided:  November 3, 2025

—————————

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Najia Rahmani, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najia Rahmani appeals the district court's order dismissing without prejudice her civil complaint for failure to state a claim and for lack of subject matter jurisdiction. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Rahmani v. Wells Fargo Bank*, No. 1:24-cv-01727-RDA-IDD (E.D. Va. Apr. 18, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*